HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
TERRENCE BOBBIT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00056-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TERRENCE BOBBIT, | DATE:     December 13, 2022<br>TIME       9:30 a.m.<br>JUDGE:   Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for defendant Terrence Bobbit that the status conference for December 13, 2022 be continued to March 21, 2023, at 9:30 a.m.

The government has produced discovery which defense counsel will need further time to review and discuss with Mr. Bobbit.

Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2022 to March 21,

2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

DATED: December 8, 2022               Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Noa E. Oren*
                                       NOA E. OREN
                                       Assistant Federal Defender
                                       Attorney for TERRENCE BOBBIT

DATED: December 8, 2022               PHILLIP TALBERT
                                       United States Attorney

                                       */s/ Justin Lee*
                                       JUSTIN LEE
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on March 21, 2023, at 9:30 a.m. The Court orders the time from December 13, 2022 up to and including March 21, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: **December 8, 2022**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order
to Continue Status Conference

-3-