PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRENCE STEVEN BOBBIT,<br><br>Defendant. | CASE NO. 2:22-CR-00056-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 21, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 21, 2023.

2. By this stipulation, defendant now moves to continue the status conference until May 16, 2023, and to exclude time between March 21, 2023, and May 16, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports, photographs, and audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available

1    for inspection and copying.

2         b)       Counsel for defendant desires additional time review the discovery,

3    conduct defense investigation, discuss potential options for resolution, and

4    otherwise prepare for trial in this matter.

5         c)       Counsel for defendant believes that failure to grant the above-

6    requested continuance would deny her the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence.

8         d)       The government does not object to the continuance.

9         e)       Based on the above-stated findings, the ends of justice served by

10   continuing the case as requested outweigh the interest of the public and the

11   defendant in a trial within the original date prescribed by the Speedy Trial Act.

12        f)       For the purpose of computing time under the Speedy Trial Act, 18

13   U.S.C. § 3161, et seq., within which trial must commence, the time period of March

14   21, 2023 to May 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§

15   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

16   by the Court at defendant's request on the basis of the Court's finding that the ends

17   of justice served by taking such action outweigh the best interest of the public and

18   the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 14, 2023                    PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ JUSTIN L. LEE
                                         JUSTIN L. LEE
                                         Assistant United States Attorney


Dated:  March 14, 2023                    /s/ NOA OREN
                                         NOA OREN
                                         Counsel for Defendant
                                         TERRENCE STEVEN BOBBIT


## ORDER

Pursuant to the stipulation of the parties, the status conference in this case is continued to May 16, 2023, at 9:30 a.m. and time is excluded between March 21, 2023, and May 16, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **March 14, 2023**              _____
                                         UNITED STATES DISTRICT JUDGE